UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY BAYLES,

                Plaintiff,

- against -

SULEJMAN FIDA et al.

                Defendants.

16cv8339 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

A conference is scheduled for **January 14, 2020** at **4:30 PM**.

SO ORDERED.

Dated:    New York, New York
            January 7, 2020

                                  John G. Koeltl
                          United States District Judge